AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means            ❒ Original            ❒ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>14 Dufort Street<br>Manchester, New Hampshire | )<br>)<br>)  Case No. 24-mj-55-01-AJ<br>)<br>)<br>) |

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ___New Hampshire___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before     April 5, 2024     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ❒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Honorable Andrea K. Johnstone, Magistrate Judge    .
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❒ for _____ days *(not to exceed 30)*     ❒ until, the facts justifying, the later specific date of _____.

Date and time issued:     **5:24 PM, Mar 26, 2024**          /s/ Andrea K. Johnstone
_____
*Judge's signature*

City and state:     Concord, New Hampshire          Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

**Case No.:** 24-mj-55-01-AJ

**Date and time warrant executed:** 4/30/24 @ 0600

**Copy of warrant and inventory left with:** Residence

**Inventory made in the presence of:** SA Dillon Torvo

**Inventory of the property taken and name(s) of any person(s) seized:**

1) 12 Gauge Shotgun (Serial: 15340)
2) Seven (7) 12 gauge shells
3) Black 12 gauge Shotgun (Serial: 186451M)
4) One 12 gauge shell
5) Various Ammo
6) Optic + Magazine
7) Silencer
8) Five shotgun shells
9) Two .22 cal rounds + shotgun casing
10) Grey iPhone
11) Starter pistol

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/30/2024

_Executing officer's signature_

FBI TFO Michael McGre
_Printed name and title_

**ATTACHMENT A**

**Property to be Searched**

The property to be searched is 14 Dufort Street, located in Manchester, New Hampshire, ("SUBJECT PREMISES") including all safes, containers, and enclosures therein, and any outbuildings, sheds or storage containers on the property.  The SUBJECT PREMISES is a white, two-story single-family household with a shed in the backyard.  The house has two red doors facing Dufort Street.  The number "14" is posted on the right side of the front door on the left-hand side of the house.  Paved walkways lead from Dufort Street to each front door.  A paved driveway leads to a detached shed in the backyard, which also has a red door.  A fence runs along the side-yard on either side of the house, but no fence or other encumbrance exists between the front of the house and Dufort Street.  The following image of 14 Dufort Street, Manchester NH is available online at the publicly available google maps website (maps.google.com).  The date of the image according to Google was November of 2022.  Here is the image of the home:



I also conducted physical surveillance of the property on February 7, 2024, and observed the home to appear in substantially similar condition.  Below are still images from a video of the home that I recorded while surveilling the property on February 7, 2024:



## ATTACHMENT B

### Items to be seized by the government.

1. Weapons to include firearms, ammunition, rifles, shotguns, privately manufactured firearms, explosive devices, silencers, magazines, Glock switches, targets, ballistic vests, etc., in which there is no immediate appearance of legitimate use;
2. Indicia of maintaining or manufacturing firearms, such as cleaning kits, drill presses, vices, and 3D printers;
3. Devices used to communicate with other firearm traffickers or buyers including electronic and/or cellular devices believed to be used by YOUNG and any electronic equipment used for counter-surveillance such as scanners, police radios or monitors;
4. Documents associated with the illegal sales of firearms, including books, ledgers, journals, balance or pay-owe sheets, buyer lists, seller lists, ledgers, records of sales, records of expenditures made to purchase firearms, financial, credit card and banking documents, receipts, invoices, bills, travel documents, receipts, client lists, documents reflecting purchases of assets, personal calendars, telephone and address directories, business ownership records, letters and notes, tax returns and financial records, escrow files, telephone bills, keys to safe deposit boxes, packaging materials, computer hardware and software;
5. Large amounts of currency (exceeding $500) or readily transported assets which are used as cash equivalents, such as cashiers' checks, bearer bonds, prepaid debit cards and gift cards;
6. Indicia of possession of the place to be searched: including articles of personal property, such as personal identification, immigration documents, personal correspondence, delivery pouches, diaries, checkbooks, notes, deeds, leases, rental agreements, keys, utility bills, mail, receipts, personal telephone and address books, photographs, and videos, tending to establish the identity of the person or persons in control of the areas to be searched;
7. Keys or records of storage units or other secure storage areas which tend to show ownership, possession or control of items contained therein, including but not limited to storage facilities, businesses, locked containers, cabinets, safes, safe deposit boxes, briefcases, duffel bags, other residences and/or conveyances;
8. Safes, bags, locked drawers, briefcases, and duffel bags, among other locked and other inaccessible containers;
9. For the electronic and cellular device(s) used primarily by YOUNG, I seek to search the device(s) for the following information from the time period of January 25, 2024 through the present:
   a. Information associated with firearms trafficking, including pay-owe sheets, buyer lists, telephone lists, address books, seller lists, ledgers, records of sales, records of expenditures made to purchase firearms, and records of expenditures to purchase products which are used in the illegal distribution of firearms;

   b. lists of customers and related identifying information;

   c. types, amounts, and prices of firearms illegally trafficked as well as dates, places, and amounts of specific transactions;

    d. any information related to sources of firearms (including names of individual person(s) and/or Federal Firearms License (FFL) dealers, addresses, phone numbers, or any other identifying information);

    e. any information involving the travel to obtain firearms or the transportation of firearms;

    f. information reflecting contact or communication with any potential co-conspirators, the distribution of firearms or illicit proceeds to co-conspirators, and the disposition of proceeds of illegal firearms (including within messaging applications like WhatsApp, Snapchat, and Instagram stored on the phone);

    g. all bank records, checks, credit card bills, account information, and other financial records (including on financial applications like Cash App and Venmo);

    h. Evidence of user attribution showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

During the execution of the search of the SUBJECT PREMISES described in Attachment A, law enforcement personnel are authorized to press the fingers (including thumbs) of YOUNG, if found at the SUBJECT PREMISES, to the fingerprint sensor of the devices respectively believed to be used by them for the purpose of attempting to unlock the devices in order to search the contents as authorized by this warrant. Compelling the unlocking of the devices using facial recognition is also permitted.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.